# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEAN C. PERKINS

NO. 2019 KW 0694

AUG 19 2019

In Re: Sean C. Perkins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-15-0349.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT APPLICATION GRANTED** for the purpose of transferring to the district court for enforcement of its order of April 4, 2019, wherein it granted relator's motion for production of documents, if it has not done so already.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT